# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: DIAZ v. GLOBALFOUNDRIES INC.  Docket No.: 14-3182

Lead Counsel of Record (name/firm) or Pro se Party (name): NICHOLAS P. GIULIANO

Appearance for (party/designation): PLAINTIFF/APPELLANT

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on MAY 18, 2011 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ [signature]
Type or Print Name: NICHOLAS P. GIULIANO
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**Giuliano McDonnell & Perrone, LLP**
*Attorneys for Plaintiff Jose Diaz*
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Nicholas P. Giuliano (NG 1060)
Matthew M. Gorden (MG 5472)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE DIAZ,

                Plaintiff,                      Case No.: 12-cv-1327 (NAM)(TWD)

    - against -

GLOBALFOUNDRIES U.S., INC., and
M+W U.S., INC.,

                Defendants.
-----------------------------------------------------------X